UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

DAVID J. SMITH and              Chapter 13
DONNA M. SMITH               Case No. 17-54729-MBM
                                          Hon. Marci B. McIvor

         Debtors.
_____/

## NOTICE OF SUBSTITUTION OF COUNSEL

Please take notice that Gold, Lange & Majoros, P.C. shall be Debtor's counsel, effective immediately in place of James Frego, II, Esq.

| GOLD, LANGE & MAJOROS, P.C. | FREGO & ASSOCIATES, PLC |
|---|---|
| /s/ *John C. Lange* | /s/ *James P. Frego, II* |
| JOHN C. LANGE (P39302) | James P. Frego, II (P55757) |
| Debtors' Counsel | Debtors' Former Counsel |
| 24901 Northwestern Highway, Suite 444 | 23843 Joy Rd Ste 4, Dearborn Heights, MI 48127 |
| Southfield, MI 48075 | (313) 724-5088 |
| (248) 350-8220 | fregolaw@aol.com |
| jlange@glmpc.com | |

*/s/ David J. Smith*
David J. Smith
Debtor

*/s/ Donna M. Smith*
Donna M. Smith
Co-Debtor

Dated: October 10, 2018

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:

DAVID J. SMITH and  Chapter 13
DONNA M. SMITH  Case No. 17-54729-MBM
  Hon. Marci B. McIvor

        Debtors.
_____/

**CERTIFICATE OF SERVICE**

    I certify that on October 10, 2018, I electronically filed:

- *Notice of Substitution of Counsel,* and
- *Certificate of Service*

with the Clerk of the Court using the ECF system, which will send notification to all parties on the court's electronic notice list, including:

James P. Frego, II

David Wm Ruskin, Chapter 13 Trustee

Dated: October 10, 2018            /s/ Christen Wilder
                                                          Christen Wilder, Legal Assistant
                                                          Gold, Lange & Majoros, P.C.
                                                          24901 Northwestern Hwy., Ste. 444
                                                          Southfield, MI 48075
                                                          (248) 350-8220
                                                          cwilder@glmpc.com